**Order entered October 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00259-CR

**TRAVIS WAYNE CARROLL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-41119-H**

## ORDER

The Court **GRANTS** appellant's October 19, 2014 motion to extend time to file his brief as follows. We **ORDER** appellant to file, by **NOVEMBER 20, 2014**, either appellant's a motion to dismiss the appeal that complies with Texas Rule of Appellate Procedure 42.2(a). If neither a brief nor a motion to dismiss is filed by that date, the Court will order the trial court to make findings regarding the status of the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     ADA BROWN
JUSTICE